**In re John A. ADAMS, Debtor.**

---

* *United States v. Williams,* 674 F.2d 310, 312 (4th Cir.1982).

**John A. Adams, Plaintiff–Appellant,**

v.

**Council, Baradel, Kosmerl & Nolan, P.A., Defendant–Appellee,**

and

**George W. Liebmann, Party in Interest.**

No. 00–2427.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided Feb. 27, 2001.

John A. Adams, pro se. Kevin Michael Schaeffer, Council, Baradel, Kosmerl & Nolan, P.A., Annapolis, MD, for appellee.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

John A. Adams appeals from the district court's order affirming the bankruptcy court's orders (1) determining that his debt of attorney's fees were nondischargeable in his bankruptcy case, and (2) denying his motion for reconsideration. We have reviewed the record and the lower courts' opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Adams v. Council Baradel*, 254 B.R. 857 (D.Md.2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*